IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MATTHEW FEIMSTER**                                                                              **PLAINTIFF**

v.                                            Case No. 4:23-cv-00446-KGB

**WESTINGHOUSE AIR BRAKE**
**TECHNOLOGIES CORPORATION**                                                     **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date it is considered, ordered, and adjudged that judgment is entered in favor of defendant Westinghouse Air Brake Technologies Corporation ("Wabtec") on plaintiff Matthew Feimster's claims under the Family and Medical Leave Act ("FMLA"), 29 U.S.C. § 2601, *et seq*. The Court dismisses Mr. Feimster's FMLA claims with prejudice; the relief requested is denied (Dkt. No. 1). The Court grants Wabtec's motion for summary judgment (Dkt. No. 19).

So ordered this the 19th day of February, 2025.

*Kristine G. Baker*
Kristine G. Baker
Chief United States District Judge